

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-14-00894-CR

Adam Paul **EANNARINO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8490
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's motion to reconsider denial of appellant's request for oral argument is GRANTED. This court's prior submission order is WITHDRAWN.

The above cause is for formal submission and oral argument before this Court on Wednesday, October 21, 2015, at 10:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

The Court provides a guest WiFi network for parties arguing before the Court. The password to access the network is available at the Clerk's Office on the day of argument.

It is so ORDERED on this 23rd day of September, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court